**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
595 E. COLORADO BLVD., SUITE 303
PASADENA, CA 91101
(626) 808-4357; FAX (626) 921-4932

Attorneys for Plaintiff
EMILY HOWELL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY HOWELL, an individual on behalf of herself and others similarly situated,<br><br>                           Plaintiff,<br>v.<br><br>ADVANTAGE RN LLC; an Ohio limited liability company; and DOES 1 to 10 inclusive,<br><br>                           Defendants.<br>_____ | Case No.:  17cv883-JLS (BLM)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>Date: March 5, 2020<br>Time:  1:30 p.m.<br>Courtroom: 4D (Fourth Floor) |

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

0

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT,** on March 5, 2020 at 1:30 p.m. in the above-captioned Court, located at 221 West Broadway, San Diego, California 92101, Courtroom 4D (fourth floor), the Honorable Janis L. Sammartino presiding, Plaintiff Emily Howell ("Plaintiff") will and hereby does move for entry of an Order:

1. Preliminarily approving the terms of the Joint Stipulation and Settlement Agreement ("Settlement") – which is submitted concurrently herewith as Exhibit 2 to the Compendium of Evidence – as fair, reasonable, and adequate;

2. Approving the manner and content of the notice of settlement prescribed by the Settlement as constituting the best notice practicable under the circumstances and in compliance with the requirements of due process;

3. Appoint ILYM Group, Inc. ("ILYM") as the settlement administrator and directing ILYM to disseminate notice in accordance with the Settlement; and

4. Scheduling a final fairness hearing on the question of whether the proposed Settlement should be finally approved.

The motion is unopposed by Defendant and will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the Compendium of Evidence filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: January 24, 2020                             **HAYES PAWLENKO LLP**

                                                              By: /s/Matthew B. Hayes
                                                                    Matthew B. Hayes
                                                                    Attorneys for Plaintiff

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

1

# PROOF OF SERVICE

I work in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 595 E. Colorado Blvd., Suite 303, Pasadena, CA 91101.

On January 24, 2020, I served **NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT** on the interested parties in this action by delivering it to their counsel:

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
Kenneth D. Sulzer
Sarah Kroll-Rosenbaum
2029 Century Park East
Suite 1100
Los Angeles, CA 90067

X    **BY ECF.** The foregoing document was uploaded to the Electronic Case Filing ("ECF") system of the United States District Court for the Southern District of California thereby causing such documents to be electronically mailed to the above-referenced recipients who are registered for service via ECF in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 24, 2020 at Los Angeles County, California.

/s/Matthew B. Hayes
Matthew B. Hayes